UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. 98-90800-pwb |
| | ) | |
| Victor Copeland | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Trustee filed a Trustee's "Notice and Payment into the Court for Unclaimed Funds" and issued a check to the Clerk, U.S. Bankruptcy Court, for the deposit into the registry of the court for the amount of $52.10 on behalf of First Union Bank. On _Dec 8, 2014_, Wells Fargo Bank, N.A. successor to First Union Bank c/o MooreTech Consulting Inc., filed a petition seeking payment of this sum. The petition and the documents attached thereto establish that claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $52.10 payable to Wells Fargo Bank, N.A. and shall send said check to payee at the following address: MooreTech Consulting Inc., 1113 Grenoble Crescent Ottawa, Ontario Canada K1C 2C5.

IT IS SO ORDERED, this _20_ day of _January_, 2015.

_____
PAUL W. BONAPFEL
UNITED STATES BANKRUPTCY JUDGE

No Opposition:
_____
Mary Ida Townson, Chapter 13 Trustee
Bar # _____

Application Submitted By:

_____
Ian Moore, President
MooreTech Consulting Inc.
Attorney-in-Fact for Wells Fargo
1113 Grenoble Crescent
Ottawa, Ontario Canada K1C 2C5
613.590.0227

Distribution List:

US Attorney, 1800 Richard Russell Federal Building 75 Spring Street S.E., Atlanta, GA 30303

Mary Ida Townson, Chapter 13 Trustee Suite 2200 191 Peachtree Street, NE Atlanta, GA 30303-1740

Wells Fargo Bank, N.A., Attn: Cynthia A. Long, Assistant Vice President PO Box 3908 Portland, OR 97208-3908

MooreTech Consulting Inc., 1113 Grenoble Crescent Ottawa, Ontario Canada K1C 2C5